UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

RICARDO VELASQUEZ,
             :
             :
        *Plaintiff,*   :
             :   1:21-cv-09151 (ALC)
   -against-        :
             :   CONFERENCE ORDER
SATURNIA INC, and 1849-1865 WESTCHESTER  :
AVE. LLC.,          :
             :
        *Defendants.*  :
             :
             :
------------------------------------------------------------------ :
             :
             x

**ANDREW L. CARTER, JR., District Judge:**

  The Court will hold a telephonic conference in this action on Thursday, July 6, 2023 at 3PM Eastern Time.

  All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **June 27, 2023**
      **New York, New York**        **ANDREW L. CARTER, JR.**
                   **United States District Judge**