UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
RICARDO VELASQUEZ,

               *Plaintiff*,

       -against-

SATURNIA INC, and 1849-1865 WESTCHESTER AVE. LLC.,

              *Defendants*.

------------------------------------------------------------------ x

1:21-cv-09151 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

The parties are instructed to file a joint status report on August 2, 2023.

**SO ORDERED.**

**Dated:**    **July 28, 2023**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**