UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
RICARDO VELASQUEZ,

        *Plaintiff*,

   -against-

SATURNIA INC, and 1849-1865 WESTCHESTER AVE. LLC.,

        *Defendants*.

------------------------------------------------------------------- x

1:21-cv-09151 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **November 9, 2023**.

**SO ORDERED.**

Dated: **October 10, 2023**
      **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**